Docusign Envelope ID: 00BAAD4E-9C77-4007-8B23-FC24810D7086

EXHIBIT 1

# ACKNOWLEDGEMENT OF DEBT
## ("Agreement")

**BY:** **TYRONE CONSTANTINE PHIPPS** and **RT CAPITAL INC.** hereinafter referred to as the

**"Debtors"**

**IN FAVOUR OF:** **GREEN FIELDS PARTNERS, LLC** collectively hereinafter referred to as the

**"Creditor"**

The Debtors hereby acknowledge being indebted to the Creditor in the amount of USD$180,000 pursuant to the Joint Venture Agreement listed in Schedule "A" to this Agreement (the "JVA") plus any applicable costs, interest, and other charges that may accrue under the terms of the JVA or otherwise.

The undersigned has the authority to bind the Debtors.

**DATED:**

**RT CAPITAL INC.**

Per: ______________________________

Name:
Title:

**TYRONE CONSTANTINE PHIPPS**

______________________________