AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | | |
|---|---|---|
| (1) GREENFIELDS PARTNERS LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No.   CIV-25-666-JD |
| (1) MARCEL EDWARDS; | ) | |
| (2) EMI CAPITAL; | ) | |
| (3) TYRONE PHIPPS; and | ) | |
| (4) RT CAPITAL INC., | ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TYRONE PHIPPS
149 Yorkville Street SW
Calgary, Alberta T2X4X6

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey D. Black
BONHAM & HOWARD
3555 N.W. 58th Street, Suite 1000
Oklahoma City, Oklahoma 73112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
2:29 pm, Jun 17, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| (1) GREENFIELDS PARTNERS LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No.  CIV-25-666-JD |
| (1) MARCEL EDWARDS; | ) | |
| (2) EMI CAPITAL; | ) | |
| (3) TYRONE PHIPPS; and | ) | |
| (4) RT CAPITAL INC., | ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
RT CAPITAL INC.
149 Yorkville Street SW
Calgary, Alberta T2X4X6


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey D. Black
BONHAM & HOWARD
3555 N.W. 58th Street, Suite 1000
Oklahoma City, Oklahoma 73112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*SUMMONS ISSUED:*
2:29 pm, Jun 17, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| (1) GREENFIELDS PARTNERS LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No.  CIV-25-666-JD |
| (1) MARCEL EDWARDS; | ) | |
| (2) EMI CAPITAL; | ) | |
| (3) TYRONE PHIPPS; and | ) | |
| (4) RT CAPITAL INC., | ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARCEL EDWARDS
950 Rue Saint-Antoine E
Montreal, QB H2L 2P8

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey D. Black
BONHAM & HOWARD
3555 N.W. 58th Street, Suite 1000
Oklahoma City, Oklahoma 73112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:29 pm, Jun 17, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | | |
|---|---|---|
| (1) GREENFIELDS PARTNERS LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No.  CIV-25-666-JD |
| (1) MARCEL EDWARDS; | ) | |
| (2) EMI CAPITAL; | ) | |
| (3) TYRONE PHIPPS; and | ) | |
| (4) RT CAPITAL INC., | ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
EMI CAPITAL
950 Rue Saint-Antoine E
Montreal, QB H2L 2P8


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey D. Black
BONHAM & HOWARD
3555 N.W. 58th Street, Suite 1000
Oklahoma City, Oklahoma 73112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
*2:28 pm, Jun 17, 2025*
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*