**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) GREENFIELDS PARTNERS LLC, <br><br><br> Plaintiff(s), <br><br> v. <br><br> (1) MARCEL EDWARDS; <br> (2) EMI CAPITAL; <br> (3) TYRONE PHIPPS; and <br> (4) RT CAPITAL INC., <br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 25-cv-00666-JD <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Greenfields Partners LLC .
(Plaintiff/Defendant)             (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Jeffrey D. Black        6/18/2025
Signature                  Date

Jeffrey D. Black
Print Name

Bonham & Howard
Firm

3555 N.W. 58th Street, Suite 1000
Address

Oklahoma City        OK        73112
City                State      Zip Code

405-943-6650
Telephone

jblack@bonhamandhoward.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on June 18, 2025 , I filed the attached document with the Clerk of the Court and served the attached document by Certified Mail/Return Receipt on the following, who are not registered participants of the ECF System:

Marcel Edwards, 950 Rue Saint-Antoine E, Montreal, QB H2L 2P8
EMI Capital, 950 Rue Saint-Antoine E, Montreal, QB H2L 2P8
Tyrone Phipps, 159 Yorkville Street SW, Calgary, Alberta T2X4X6
RT Capital Inc., 159 Yorkville Street SW, Calgary, Alberta T2X4X6

s/ Jeffrey D. Black
s/ Attorney Name