**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) GREENFIELDS PARTNERS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-25-00666-JD |
| | ) | |
| (1) MARCEL EDWARDS; | ) | |
| (2) EMI CAPITAL; | ) | |
| (3) TYRONE PHIPPS | ) | |
| (4) RT CAPITAL INC.; and | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

**COMES NOW**, the Plaintiff, Greenfields Partners, LLC ("Plaintiff"), and for its Response to the Court's Order to Show Cause [Doc. No. 4], does allege and state the following:

1. Greenfields Partners, LLC is an Oklahoma partnership formed in Oklahoma County, State of Oklahoma, and conducts business solely in the State of Oklahoma. There are three (3) partners, two (2) of which live in Oklahoma County. They are: Dr. Michael Feldman and J. Ted Bonham, both of whom are residents of the State of Oklahoma and citizens of the United States. The third partner is Bobby Joe Cox who resides in Wichita, Kansas, and is a citizen of the United States.

2. Defendant, Marcel Edwards, is a Canadian National residing in Montreal, Canada at the address of 950 Rue Saint-Antoine E, Montreal, QB H2L 2P8. Marcel Edwards is a physician and an alleged financial manager. See LinkedIn profile attached as Exhibit "1". Marcel Edwards is the sole owner and director of EMI Capital, which is a Canadian company organized under the laws of Province of Quebec, Country of Canada. EMI Capital's principal place of business is Montreal, Canada.

3. Defendant, Tyrone Phipps, is a Canadian resident residing in Toronto, Canada at the address of 149 Yorkville Street SW, Calgary, Alberta T2X4X6. See LinkedIn profile attached as Exhibit "2".

4. Defendant, RT Capital, Inc., is a Canadian company organized under the laws of the Province of Alberta. RT Capital, Inc.'s principal place of business is in Toronto, Ontario.

Therefore, complete diversity exists between Plaintiff and Defendants pursuant to 28 U.S.C. § 1332.

Plaintiff prays that the Court allow this suit to continue to its natural conclusion.

Respectfully submitted,

*s/ Jeffrey D. Black*

Jeffrey D. Black, OBA #13847
BONHAM & HOWARD
3555 N.W. 58th Street, Suite 1000
Oklahoma City, OK 73112
405-943-6650 / 405-943-6655 (fax)
jblack@bonhamandhoward.com

**ATTORNEY FOR PLAINTIFF**