in
Home My Network Jobs Messaging 12 Notifications 19 Me For Business Try Premium

# Marcel Edwards

President & CEO, EMI

- EMI Medical
- McGill University

Canada · Contact info

37 connections

Connect Message More

## Activity

63 followers

**Marcel hasn't posted yet**

Recent posts Marcel shares will be displayed here.

**Show all activity →**

## Experience

**President & CEO**
EMI Medical
Jan 2015 - Present · 10 yrs 7 mos
Montreal, Quebec

Primary healthcare provider focused on comprehensive patient-centric healthcare solutions.

**President**
Edwards Associates
2006 - 2007 · 1 yr
Montreal, Quebec

Financial Planning and Corporate Consultancy

**Branch Manager**
BMO Financial Group
2005 - 2006 · 1 yr
Montreal, Quebec

**Branch Manager**
TD
2002 - 2005 · 3 yrs
Montreal, Quebec

EXHIBIT 1

## Education

**McGill University**
Medical Resident, Family Medicine Residency Program
2012 - 2015

**Harvard University**
Thoracic Surgery
2012 - 2013
Activities and societies: Thoracic Surgery Training - Mass General

**Show all 6 educations →**

## Interests

Top Voices    Companies    Schools

**David L. Katz, MD, MPH** · 3rd
Founder: Diet ID; True Health Initiative. Founding Director, Yale-Griffin PRC (1998-2019). Health Journalist. COVID Curmudgeon
874,020 followers
+ Follow

**Liz Ryan** · 3rd
Coach and creator. CEO and Founder, Human Workplace. Author, Reinvention Roadmap; Red-Blooded HR; and Righteous Recruiting. LinkedIn Top Voice.
2,968,766 followers
+ Follow

**Show all Top Voices →**

Ad •••
Develop the people who will transform your business

LinkedIn Learning

Leverage LinkedIn Learning's real-time skills data

Contact sales

## More profiles for you

**Tom Buckley** · 3rd
Sr. Global Sales & Operations Executive | 20+ Years of Private Equity, Startup, Midsize & Enterprise Leadership Experience | Co-Founder &...
Connect

**Patricia Saxton** · 3rd+
Freelance Bookkeeper
Connect

**Colin Johannessen** · 3rd+
Junior Partner
Connect

**Edward Kong** · 3rd+
Principal

Connect

**Jock Thomas** · 3rd+
Head of Major Agribusiness Client Group, Victoria & Tasmania
Rabobank Australia

Connect

Show all

**People you may know**
From Marcel's school

**Meletios Athanasios Dimopoulos**
Professor of Therapeutics, Oncology and Hematology

Connect

**Juliana Echeverri Hoyos**
Médico General Universidad de La Sabana I Énfasis en investigación clínica

Connect

**Joshua Aguilar**
Senior Full Stack Engineer | Tech Lead | Problem Solver

Connect

**Jonathan Fraser Rouleau**
Chercheur et conseiller, Responsable des Pôles d'expertise Politiques publiques et Transition socioécologique

Connect

**Aseel Alghanemi (MD, SBFM, ABFM)**
Family Medicine And Palliative Care Consultant- Assistant Professor At King AbdulAziz University

Connect

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
321,923 followers

+ Follow

**Law360**
Online Audio and Video Media
139,699 followers

+ Follow

Show all