in
Home My Network Jobs Messaging Notifications Me For Business Try Premium f

# tyrone phipps

CEO at Onix Internation Inc.

- Onix International Inc.
- University of Toronto

Ajax, Ontario, Canada · Contact info

Connect Message More

## Activity

3 followers

**tyrone hasn't posted yet**

Recent posts tyrone shares will be displayed here.

Show all activity →

## Experience

**Onix International Inc.**
16 yrs 7 mos

**CEO**
Jan 2009 - Present · 16 yrs 7 mos

Onix owns the world wide rights to ENC's encryption software that can be down loaded from the ENC's site ( www.encrypt-stick.com ). this ...see more

**CEO**
Jan 2009 - Present · 16 yrs 7 mos

My primary duties include the International Expansion of the company. We are seeking individuals with a Information Technology backgrour ...see more

## Education

**University of Toronto**
1987 - 1990

## Interests

Companies Schools

EXHIBIT 2

**University of Toronto**
872,556 followers

+ Follow

Ad •••
LinkedIn helps you save time hiring, so you can get back to business.

Post. Match. Hire. Done ✓

Post a free job

**More profiles for you**

**Tim Kwan** · 3rd
Marketing Strategist | People Leader | Empowering and Enabling Teams to Succeed | B2B & B2C Marketing | SaaS

Connect

**Mike Stern** · 3rd
Partner at Stonehill Capital

Connect

**Ted Cannis** · 3rd+
Board Director Candidate | Former CEO Ford Pro ($67B) | EV, SaaS & Mobility Strategist | Automotive Dealers & Tier 1 Suppliers | ESG | Audit /...

+ Follow

**Kristy Florian** · 3rd+
Head of Operations | Chief of Staff to Chief Revenue Officer | Ford Pro Intelligence Software & Services | Driving Efficiency and Productivity

+ Follow

**Juergen Steinbacher** · 3rd+
let's shape the future

+ Follow

Show all

**People you may know**
From tyrone's industry

**Tracey Blevins**
Benefits EDI Coordinator- I Help Team Members Stay Organized

Connect

**Adam Jacquez**
Helping organizations track, analyze and improve their fleet operations.

Connect



**Crystal Schmidt**
Former Restaurant Manager, Forever People Person | People-First Manager at Patch My PC
Connect



**Mark Jahansouz**
Consultant at Integrated Software Solution Inc.
Connect



**Kristie Lopez**
Results-Driven Marketer | Events & Project Management | Ideas into Action
Connect

**Show all**